```
     IN THE UNITED STATES DISTRICT COURT
   FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**THOMAS SAYRES,**

    **Plaintiff,**

**v.**                    **//**      **CIVIL ACTION NO. 1:10CV128**
                                                            **(Judge Keeley)**

**WEXFORD HEALTH SERVICES, INC.,**
**WARDEN WILLIAM M. FOX, and**
**JIM RUBENSTEIN,**
**Commissioner D.O.C,**

    **Defendants.**

### ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. 12) AND DISMISSING 42 U.S.C. § 1983 SUIT WITH PREJUDICE

The pro se plaintiff, Thomas Sayres ("Sayres"), filed this action pursuant to 42 U.S.C. § 1983, alleging inadequate medical care at the West Virginia correctional facility where he is incarcerated. Upon a preliminary review and before ordering the defendants to answer, the Honorable James E. Seibert, United States Magistrate Judge, issued a Report and Recommendation ("R&R") on September 20, 2010, concluding that Sayres's complaint failed to state a cause of action against any of the defendants for liability under § 1983. On October 4, 2010, the Court entered an order granting Sayres an extension to December 7, 2010, within which to file any objection to the R&R.

Sayres has not filed any such objection; instead, on November 29, 2010, Sayres filed a letter with the Clerk indicating that he did not intend to proceed with the suit. Accordingly, the Court

**SAYRES V. WEXFORD HEALTH SERVS. INC., ET AL.**  1:10CV128

ORDER ADOPTING REPORT AND RECOMMENDATION

**ADOPTS** the R&R (dkt. 12) in its entirety, and **DISMISSES** this action **WITH PREJUDICE.**

It is so **ORDERED.**

The Court directs the Clerk to prepare a separate judgment order and to transmit copies of both orders to the pro se plaintiff via certified mail, return receipt requested.

DATED: March 18, 2011.

/s/ Irene M. Keeley
IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE